CAUSE NO. 03-15-00402-CV

Anthony West

v.

Daniel Wannamaker

IN THE COURT OF APPEALS

TRAVIS COUNTY, TEXAS

THIRD DISTRICT OF TEXAS

FILED
October 12, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## Request for Extention to File Appeal

TO THE HONORABLE COURT comes now Anthony West and requests time extention to file his appeal in this Court and would show the following:

1) Appellant has attempted to obtain the necessary documents to file In Forma Pauperis from the Telford Unit law library (see exhibit A) but Appellant's requests have been intercepted by officer Sharp and impeded.

2) In the month of August to September, after a unit lockdown, Appellant has also been unable to get his approved legal visits from jailhouse legal help in this appeal.

Appellant does still wish to appeal the trial court's decision for abuse of discretion and other factual reasons. Appellant prays the Court allow an extention.

Respectfully Submitted,

Anthony West

October 6, 2015

RECEIVED
OCT 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



<u>Exhibit A</u>

Would like to know if my trust fund account is active or not?

View your monthly Statement

<u>Anthony West</u>  <u>1152842</u>        <u>12 E 74</u>

To: <u>Law Library</u>          Date: <u>8-12-15</u>

Me asking to know if I'm indigent or not isn't something uncommon. When filing anything in the courts I'll have to pay them or file in forma Pauperis which I'll have to go thru law library to do.     Monthly statements come weeks after the month.

I need to know if or not I am in fact indigent please?

View Your Monthly Statement or Canteen Commissary.

<u>Anthony West</u>  <u>1152842</u>      <u>12 E 74</u>

To: <u>Law Library</u>        Date <u>8-13-15</u>

October 6, 2015

Mr. Jeffrey D. Kyle, Clerk
PO Box 12547
Austin, Texas 78711

RE: Court of Appeals Number : 03-15-00402-CV
    Trial Court Case Number : D-1-GN-14-004025

Style : Anthony West
        v. Daniel Wannamaker

Dear Clerk :

    I do still plan to appeal the trial court's ruling but my obtaining of documents and legal help have been impeded. I'm indigent and cannot pay the full amount of the fee to obtain the record. I will apply In Forma Pauperis asap.

Respectfully,
Anthony West


RECEIVED
OCT 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Anthony West 1152842
Telford Unit
3899 St. Hwy 98
New Boston, TX. 75570

SHREVEPORT LA 710

07 OCT 2015 PM 11

7871125474747

Court of Appeals Clerk
3rd District of TX
PO Box 12547
Austin, TX.
78711

78744